IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEPHEN KEMPER,                                                     Plaintiff

v.                              3:12CV00001 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                            Defendant

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 27th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE